■ Louis Tannenbaum, Respondent, v. Edwin E. Hoar, Appellant.— Reynolds, J. Appeal from an order of the Supreme Court, Ulster County, which denied appellant's motion to dismiss the complaint after the jury could not reach a verdict and granted a new trial. Direction of a new trial is mandatory where as here the first trial resulted in a hung jury (CPLR 4113, subd. [b]). The instant order is not an appealable order under CPLR 5701 (subd. [a]). (*Aesman* v. *Fox*, 26 A D 2d 739; *Covell* v. *H. R. H. Constr. Corp.*, 24 A D 2d 566, affd. 17 N Y 2d 709). Appeal dismissed, without costs. Gibson, P. J., Herlihy, Aulisi and Staley, Jr., JJ., concur.

■ In the Matter of Arthur C. Ford et al., Constituting the Board of Water Supply of the City of New York, Appellants, Relative to Acquiring Title to Real Estate for the City of New York in the County of Sullivan. C. Howard Swartwout et al., Respondents.— Memorandum by the Court. The awards rest solely on proof of reproduction cost less depreciation, without any indication that either property was unique or a specialty (*Guthmuller* v. *State of New York*, 23 A D 2d 597). Determinations thus bottomed on erroneous principles of law must, of course, be rejected (*Matter of Huie* [*Fletcher*], 2 N Y 2d 168, 171). Orders reversed, on the law and the facts, and cases remanded to Special Term for remittal to a new commission for rehearing and determination, without costs. Gibson, P. J., Herlihy, Reynolds and Staley, Jr., JJ., concur; Taylor, J., not voting.